**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**JOHN W. LANGLEY,**

      **Plaintiff,**

      **vs.**                       **No. 1:23-CV-00745-JB-KRS**

**KILOLO KIJAKAZI, Acting Commissioner,**
**Social Security Administration,**

      **Defendant.**

**<u>ORDER TO SEAL ADMINISTRATIVE RECORD</u>**

THIS MATTER having come before the Court upon Defendant's Unopposed Motion to

Seal Administrative Record (Doc. 15), it being stated that Plaintiff concurs in the granting of the

motion, the Court having read the motion and being fully advised in the premises finds that there

is good cause for granting the motion.

IT IS HEREBY ORDERED that the administrative record lodged by Defendant in the

above-referenced case shall be permanently sealed.  Access to the administrative record shall be

limited to the Court and the case participants only.

 

 

                                                   _____
                                              KEVIN R. SWEAZEA
                                              United States Magistrate Judge

SUBMITTED AND APPROVED BY:

_/s/ Manuel Lucero November 6, 2023_
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant

_Helen Laura Lopez November 6, 2023_
HELEN LAURA LOPEZ
Attorneys for Plaintiff