IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN W. LANGLEY,

      **Plaintiff,**

vs.                                                       CIV. NO. 1:23-CV-00745-JB-KRS

MARTIN O'MALLEY,
**Commissioner of Social Security,**

      **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Third Unopposed Motion for an Extension of Time (ECF No. 27) to file a response to Plaintiff's Motion for Remand or Reversal with Supporting Memorandum (ECF Nos. 20 & 21), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until May 3, 2024, to file a response, and that the date by which Plaintiff may file a reply, if any, be extended by fourteen (14) days, after Defendant files his brief.

                                                 _____
                                                 HONORABLE KEVIN R. SWEAZEA
                                                 United States Magistrate Judge

SUBMITTED AND APPROVED BY:

_Electronically submitted_
ANNALIES VAN DER VALK
Special Assistant United States Attorney

_Electronically approved_
HELEN LAURA LOPEZ
Attorney for Plaintiff